JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Waite,<br><br>        Plaintiff,<br><br>    v.<br><br>Allianceone Receivables Management, Inc.,<br><br>        Defendant(s). | SACV 12-02055-JVS (JPRx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED:   January 31, 2013

                                                                      */s/ James V. Selna*<br>
                                                                      James V. Selna<br>
                                                             United States District Judge